UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARLETA MONGUE, individually and on behalf of the Class,<br><br>    Plaintiff,<br><br>v.<br><br>THE WHEATLEIGH CORPORATION, L. LINFIELD SIMON, SUSAN SIMON, and MARC WILHELM<br>    Defendants. | CIVIL ACTION NO.: 3:18-cv-30095 |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

  Plaintiff hereby moves the Court for final approval of this class action settlement. The terms of the Settlement are described in Plaintiff's Memorandum in Support of Motion to Enforce Settlement Agreement (Dkt 129), Memorandum and Order re: Motion to Enforce Settlement Agreement (Dkt 155), and Memorandum in Support of Preliminary Approval (Dkt 158). This Court preliminarily approved the "settlement of this class action as reflected in the parties' December 22,, 2021 and December 23, 2021, emails." *See* "Dkt" 169.

  In support of this Motion, Plaintiff relies upon the Memorandum in Support of Plaintiff's Motion for Final Approval of Class Action Settlement, filed contemporaneously herewith. Defendants' counsel has informed Plaintiff's counsel that Defendants intend to oppose this Motion.

Date: November 9, 2023						Plaintiff,
							By Their Attorney,


							  **/s/ Jeffrey S. Morneau**
							Jeffrey S. Morneau (BBO #643668)
							Connor & Morneau, LLP
							273 State Street, 2nd Floor
							Springfield, Massachusetts 01103
							Tel:	(413) 455-1730
							Fax:	(413) 455-1594
							jmorneau@cmolawyers.com


## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I have conferred with counsel for Defendants, including on November 8, 2023.  Defendants' Counsel indicated that Defendants intend to oppose this Motion.

				By:	*/s/* **Jeffrey S. Morneau**


## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on the date of its filing.


					**/s/ Jeffrey S. Morneau**
					Jeffrey S. Morneau, Esq.